UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 2:25-CV-05330-SB-MBK 2:25-cv-09719-SB-MBK | Date: | December 12, 2025 |
|---|---|---|---|

| Title: | In re Episource LLC Data Breach Litigation Lowell Dunlap, Jr. et al v. Episource LLC |
|---|---|

**Present: The Honorable** | **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| James Michael Treglio Nadia A. Zivkov | Vassi Iliadis Jennifer Windom |

**Proceedings: (Minutes of)** Motion to Remand [126] **(Held and completed)**


     The Court heard argument from counsel on its tentative ruling on Plaintiffs' motion to remand (Dkt. No. 126).  The Court took the matter under submission.

0:30

CV-90 (12/02)                **CIVIL MINUTES – GENERAL**                Initials of Deputy Clerk LFA